

ORDERED in the Southern District of Florida on June 24, 2016.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                      Case No. 16-17906-BKC-LMI

AZELL ARCHIE,                                  Chapter 13

        Debtor.
_____/

### ORDER TO SHOW CAUSE WHY ATTORNEY ELIAS LEONARD DSOUZA SHOULD NOT BE SANCTIONED FOR FAILURE TO APPEAR AND SETTING HEARING

**THIS CAUSE** came before the Court *sua sponte* after hearing on June 20, 2016 upon the Emergency Motion to Extend the Automatic Stay filed by Debtor (ECF #7).  Debtor's Counsel, Elias Leonard Dsouza, Esq., failed to appear at the hearing to represent the Debtor.  A review of the record indicates that the Debtor's Counsel was served with the Motion and Notice of Hearing.

Debtor's Counsel having failed to appear at the duly scheduled hearing to represent his/her client, it is

**ORDERED** that Attorney Elias Leonard Dsouza, Esq. shall appear at a hearing on **August 9, 2016 at 9:00 a.m. at the United States Bankruptcy Court, C. Clyde Atkins United**

**States Courthouse, 301 North Miami Avenue, Room 817/Courtroom 8, Miami, Florida 33128** to show cause why Elias Leonard Dsouza, Esq., should not be sanctioned for failing to appear at the hearing on Emergency Motion to Extend the Automatic Stay (ECF #7).

Counsel may file a written response to this Order to Show Cause no less than seven (7) days prior to the scheduled hearing, and notify the Judge's chambers that a response has been filed. If the Court determines the explanation is adequate the Court may discharge the Order to Show Cause and cancel the hearing. If the Court does not discharge the Order to Show Cause prior to the hearing counsel must appear.

###

*The Clerk of Court shall serve a copy of this order upon all parties in interest.*