UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

In re:

AZELL ARCHIE,                                              Case No.:16-17906-BKC-LMI
                                                           Chapter 13

        Debtor
_____/

**ATTORNEY ELIAS LEONARD DSOUZA'S RESPONSE TO ORDER TO SHOW CAUSE WHY HE SHOULD NOT BE SANCTIONED FOR FAILURE TO APPEAR FOR A HEARING IN THE ABOVE CASE.**

    COMES NOW Attorney Elias Leonard Dsouza, on behalf of himself, and files this Response to the Order to Show Cause entered by this Honorable Court as to why he should not be sanctioned for his failure to appear for a hearing in this case, and in support thereof states as follows:

    1.   I humbly and sincerely apologize to this Honorable Court for failing to show up for a hearing in this case on July 20, 2016, and wasting this Court's valuable time;

    2.   I have and always had a procedure in place which states that the moment a Motion is filed, and a Notice of Hearing is received via ECF, it gets calendared. Three persons, a legal assistant, an Associate Attorney and I are responsible for calendaring hearings from the Bankruptcy Court and State Court Hearings;

    3.   In this instance, unfortunately, all three of us, including I, due to inadvertence, mistake or excusable neglect failed to calendar this important hearing, and almost jeopardized the above Debtor's case;

    4.   Thankfully this Honorable Court has rescheduled a hearing on the Motion to Extend

the Automatic Stay for July 28, 2016, and if the Motion if Granted, the Debtor's case will be on track;

5.   I was out of the Country from July 16, 2016 and arrived back in the Country on July 20, 2016 in the evening. However, I am not using this as an excuse because if I had followed my own procedures, I would not have missed this hearing;

6.   Since this is one of the rare instances where I have missed such an important hearing in the past 15 years, I am humbly requesting this Honorable Court to forgive me, and discharge the Order to Show Cause, and as punishment, my office and I will provide pro-bono services in the areas of Chapter 7 and Chapter 13 cases to Twenty (20) debtors referred by the Legal Aid/Put Something Back of Miami-Dade, Broward, and Palm Beach for the year 2016. If Legal Aid is not able to refer me the twenty cases for pro bono services, I will on my own provide pro bono services to elderly debtors whose sole income is Social Security, or single mothers who are dependent solely on government assistance and/or child support, or debtors who are suffering from prolonged unemployment.

WHEREFORE Attorney Elias Leonard Dsouza, respectfully requests the entry of an Order Discharging the Order to Show Cause, and for any other relief that this Court deems just and proper.

Respectfully submitted on this **27th** day of June, 2016..

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

          **DCS LAW GROUP, P.A.**
          111 N. Pine Island Road
          Suite 205
          Plantation, Florida 33324
          (954) 358-5911 (Telephone)
          (954) 357-2267 (Facsimile)
          www.DsouzaLegalGroup.com
          Email: service@dsouzalegal.com

          By: **/s/Elias Leonard Dsouza**
          Elias Leonard Dsouza, Esq.
          Florida Bar No. 399477

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFIY that I have served a true and correct copy of the above response on all parties via ECF only to those registered on ECF, and all others via U.S. Mail on this **27th** day of June, 2016.

          **DCS LAW GROUP, P.A.**
          111 N. Pine Island Road
          Suite 205
          Plantation, Florida 33324
          (954) 358-5911 (Telephone)
          (954) 357-2267 (Facsimile)
          www.DsouzaLegalGroup.com
          Email: service@dsouzalegal.com

          By: **/s/Elias Leonard Dsouza**
          Elias Leonard Dsouza, Esq.
          Florida Bar No. 399477

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 16-17906-LMI<br>Southern District of Florida<br>Miami<br>Mon Jun 27 08:27:55 EDT 2016 | Ally Financial<br>POB 380901<br>Bloomington, MN  55438-0901 | CBA Collection Bureau of A<br>25954 Eden Landing Rd<br>Hayward, CA 94545-3837 |
| Convergent Outsourcing INC<br>800 SW 39th St<br>Renton, WA  98057-4975 | Internal Revenue Service<br>POB 7346<br>Philadelphia, PA  19101-7346 | Lincoln Automotive Financing<br>PO Box 542000<br>Omaha, NE  68154-8000 |
| Ocwen Loan Servicing, LLC.<br>1661 Worthington Rd Ste 100<br>West Palm Beach, FL  33409-6493 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Santander Consumer USA<br>8585 N Stemmons Fwy #1000<br>Dallas, TX 75247-3822 |
| Santander Consumer USA, Inc.<br>P.O. Box 560284<br>Dallas, TX 75356-0284 | Azell Archie<br>260 NW 77th St<br>Miami, FL 33150-2958 | Elias Leonard Dsouza<br>111 N Pine Island Rd #205<br>Plantation, FL 33324-1836 |
| Nancy K. Neidich<br>www.ch13herkert.com<br>POB 279806<br>Miramar, FL 33027-9806 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

End of Label Matrix
Mailable recipients    12
Bypassed recipients     1
Total                  13